# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

EOD AUG -5 1998

IN RE: AVILA, MELISSA E.

CASE NO. 98-B- 10258

HONORABLE JOHN D. SCHWARTZ
Bankruptcy Judge

Debtor(s).

## REPORT OF TRUSTEE IN NO-ASSET CASE

By: JOHN E. GIERUM , Trustee

The Trustee named above hereby reports as follows with respect to the above captioned Chapter 7 case:

1. **DOCUMENTS FILED:** (Check only those documents filed)
   ☒ schedules  ☒ statement of affairs  ☒ schedule of income & expenses
   ☒ Rule 2016 (b) affidavit. IF FILED: amount of professional fees
   paid ____0____ total promised __975__ .

2. **REPORT OF §341 MEETING:**
   a) Date §341 scheduled **May 8, 1998** .
   b) ☐ concluded above date          ☒ concluded on 7/31
   c) ☐ Debtor(s) never appeared.
   d) ☒ The attorney for the Debtor appeared     ☐ did not appear at §341

   FILED
   UNITED STATES BANKRUPTCY COURT
   NORTHERN DISTRICT OF ILLINOIS
   AUG 0 4 1998
   WAYNE E. NELSON, CLERK
   DEPUTY CLERK

3. **REPORT AS TO DEBTOR'S COMPLIANCE WITH ¶521 (2):**
   a) ☒ Statement of Intention filed.
   b) ☐ Statement of Intention not filed.

4. ☒ **REPORT OF TRUSTEE'S COMPLIANCE WITH §341 (d):** The Trustee has examined the debtor in accordance with §341 (d) of the Bankruptcy Code.

5. ☒ **FINDING OF NO ASSETS:** The Trustee has neither received any property nor paid any money on account of this estate, and after diligent inquiry into the property of this estate, believes that there are no assets in this estate to be administered for the benefit of creditors.

6. ☐ **DISMISSAL OF CASE:**
   This case was dismissed by the Court on the motion of
   _____ on _____ , 19___ .

7. ☐ **CONVERSION OF CASE:**
   This case was converted by the Court to Chapter _____ on the motion of
   _____ on _____ , 19___ .

**WHEREFORE,** the Trustee certifies that there are no assets to be administered in this estate and that the information in this report is true and correct.

Dated: 7/31/98

Signed: _____
Trustee

Printed on Recycled Paper

ORIGINAL